January 13, 2015

42,109-01

Steven Ray Peace
TDCJ-ID 1245847
Hughes Unit
Rt 2 Box 4400
Gatesville, TX 76597

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

Clerk, Mr Able Acosta
Court of Criminal Appeals
of Texas
P.O. Box 12308
Capital Station
Austin, TX 78711

RE: WR-82,109-01  Tr, Ct. No. 967801-A  Harris CO. CCR338

Dear Mr. Acosta,

On December 10, 2014, the Court of Criminal Appeals of Texas ordered the Judge of the 338th District Court of Harris County to respond to the Court's order regarding my writ of habeas corpus that was filed in that court over seven years ago. The 30 day deadline for this order has lapsed. Please inform me of the 338th's response, if any. I filed the Writ of Mandamus because of the court's inaction and counsel's abandonment of my case. It is my hope that the Honorable Brock Thomas responded to the Court order in a favorable manner consistent with my arguments and his original O.D.I..

In the event he did not resond on time, or at all, am I allowed to file a motion requesting the Court of Criminal Appeals to acquit me outright based on the lower court's default? They have had over seven years to resolve my writ of habeas corpus. I am not asking for legal advice, only guidance withing the bounds of Court rules and appellate procedure. Thank you for your consideration.


Sincerely,

Steven Ray Peace